# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Southern District of New York**

**Patrick Lennon**

Plaintiff(s),

vs.

**United States of America, et al**

Defendant(s).

Attorney: Martin Kanfer

The Law Office of Martin Kanfer
3 Northern Blvd.
Great Neck NY 11021

*211919*

**Case Number: 1:16-cv-09879**

Legal documents received by Same Day Process Service, Inc. on **01/26/2017** at **6:08 PM** to be served upon **United States of America, by serving Attorney General of the United States, U.S. Department of Justice,** at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Jess Anderson**, swear and affirm that on **January 31, 2017** at **12:22 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **(2 Copies) Summons in a Civil Action; Complaint; Civil Cover Sheet** to **Desiree Brown** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 23 Height: 5'6" Weight: 168 Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Jess Anderson

**Jess Anderson**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:211919

District of Columbia: SS
Subscribed and Sworn to before me
this 1 day of February, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

TYLER WALKER NOTARY PUBLIC MY COMMISSION EXPIRES 2/14/2021 DISTRICT OF COLUMBIA