UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

PATRICK LENNON,

Plaintiff,

-against-

UNITED SATES OF AMERICA, OCDT J. MADDAN AND THE UNITED KINGDOM,

Defendants,

----------------------------------------------------------------------X

AFFIDAVIT OF SERVICE

Civil Action No.: 1:16-cv-09879

STATE OF NEW YORK)

) ss.:

COUNTY OF QUEENS)

YAROMIL CRUZ, being duly sworn, deposes and says:

Deponent is over the age of eighteen years, is not a party to this action and resides in Queens, New York.

I am not a party to the action, am above the age of eighteen (18) years of age and reside in QUEENS, New York. On January 27, 2017 I served the within Summons, Complaint and Civil Cover Sheet via the US Mail, Express mail service, Delivery Confirmation, Return Receipt, addressed to each of the following persons at the last known address set forth after each name:

**THE UNITED KINGDOM**
**c/o**
BORIS JOHNSON, SECRETARY OF STATE FOR FOREIGN AND COMMONWEALTH AFFAIRS,
KING CHARLES STREET, LONDON, SW1A2AH

Dated: Great Neck, NY 11021
January 27, 2017

[signature]
YAROMIL CRUZ

Sworn to before me this 27
Day of January, 2017

[signature]
Notary Public

MARTIN KANFER
Notary Public, State of New York
No. 02KA6044280
Qualified in Nassau County
Commission Expires July 03, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

PATRICK LENNON,

Plaintiff,

-against-

UNITED SATES OF AMERICA, OCDT J. MADDAN AND THE UNITED KINGDOM,

Defendants,

---------------------------------------------------------------------X

AFFIDAVIT OF SERVICE

Civil Action No.: 1:16-cv-09879

STATE OF NEW YORK)

) ss.:

COUNTY OF QUEENS)

YAROMIL CRUZ, being duly sworn, deposes and says:

Deponent is over the age of eighteen years, is not a party to this action and resides in Queens, New York.

I am not a party to the action, am above the age of eighteen (18) years of age and reside in QUEENS, New York. On January 27, 2017 I served the within Summons, Complaint and Civil Cover Sheet via the US Mail, Express mail service, Delivery Confirmation, Return Receipt, addressed to each of the following persons at the last known address set forth after each name:

**OCDT J. MADDAN**
**c/o**
BORIS JOHNSON, SECRETARY OF STATE FOR FOREIGN AND COMMONWEALTH AFFAIRS,
KING CHARLES STREET, LONDON, SW1A2AH

Dated: Great Neck, NY 11021
January 27, 2017

YAROMIL CRUZ

Sworn to before me this 27
Day of January, 2017

Notary Public

MARTIN KANFER
Notary Public, State of New York
No. 02KA6044280
Qualified in Nassau County
Commission Expires July 03, 2018